UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NAPOLEAN WATKINS,

        Plaintiff,        Case No. 1:19-cv-797

v.        Honorable Paul L. Maloney

K. MARTIN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: January 7, 2020        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge